NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN F. THORNTON,**
*Claimant-Appellant*

v.

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2021-2329

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-882, Judge Joseph L. Falvey, Jr.

---

**SUA SPONTE**

---

Before LOURIE, CLEVENGER, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

During oral argument in this case on December 5, 2022, the panel requested simultaneous further briefing from the parties, limited to 20 pages, and to be filed by December 23, 2022. The request for further briefing arose during a discussion of the question of whether the Veterans Court is obligated by 38 U.S.C. § 7261(b)(1) to "take due account of the Secretary's application of section 5107(b) of

this title" when the benefit of the doubt issue has not been presented to the Veterans Court. This court did not mean to restrict additional briefing to that specific question, and now clarifies the scope of the request for further briefing.

Accordingly,

IT IS ORDERED THAT:

The parties will provide further briefing directed to the following questions, both in the context of a case presenting the issue of whether the benefit of the doubt has been properly applied:

> (1) Does section 7261(b)(1) require a further analysis by the Veterans Court from the analysis required by the provisions of section 7261(a), and, if so, what specifically is the further analysis?

> (2) If the underlying facts found by the Board of Veterans' Appeals are not challenged on appeal to the Veterans Court, how does the Veterans Court properly satisfy section 7261(b)(1)?

In addition, the parties will provide further briefing directed to the following question:

> (3) If no issue regarding the application of section 5107(b) has been presented in an appeal to the Veterans Court, must the Veterans Court nonetheless satisfy section 7261(b)(1), and, if so, what authority requires the Veterans Court to address and decide an issue not presented to it?

The total briefing is limited to 30 pages, to be filed by January 20, 2023.

FOR THE COURT

December 19, 2022                /s/ Peter R. Marksteiner
        Date                     Peter R. Marksteiner
                                 Clerk of Court