# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 16, 2023

Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

RECEIVED

OCT 2[?] 2023

United States Court of Appeals
For the Federal Circuit

Re: Norman F. Thornton
    v. Denis R. McDonough, Secretary of Veterans Affairs
    Application No. 23A339
    (Your No. 21-2329)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on October 16, 2023, extended the time to and including January 2, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

Scott S. Harris, Clerk

by /s/ Rashonda Garner

Rashonda Garner
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Melanie Lynn Bostwick
Orrick, Herrington & Sutcliffe LLP
1152 15th Street NW
Washington, DC 20005


Mrs. Elizabeth B. Prelogar
Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



NEOPOST
10/16/2023
US POSTAGE $000.63⁰

FIRST-CLASS MAIL

US OFFICIAL MAIL
$ .460 Penalty
ZIP 20543
041M11120601

